FILED
CLERK, U.S. DISTRICT COURT
10/25/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ASI____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAYTON MITCHELL,<br><br>  Defendant. | CR No. 2:24-cr-00641-SPG<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 932(b)(1), (b)(2): Conspiracy to Straw Purchase Firearms] |

The United States Attorney charges:

[18 U.S.C. §§ 932(b)(1), (b)(2)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.  Defendant CLAYTON MITCHELL was a resident of both Renton, Washington, and Bakersfield, California.

2.  Co-Conspirator 1 was a resident of Los Angeles, California, within the Central District of California.

3.  Co-Conspirator 1 previously has been convicted of at least one crime punishable by imprisonment for a term exceeding one year.

4.  Neither defendant CLAYTON MITCHELL nor Co-Conspirator 1 was licensed to engage in the business of dealing in firearms.

B. **OBJECTS OF THE CONSPIRACY**

Beginning on a date unknown and continuing until on or about June 15, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant CLAYTON MITCHELL conspired with Co-Conspirator 1 for defendant MITCHELL to knowingly purchase three firearms, namely, a Taurus, model G2C, .40 caliber pistol, bearing serial number AEC154349, a Taurus, model G2C, .40 caliber pistol, bearing serial number AEC154470, and a Taurus, model G2C, .40 caliber pistol, bearing serial number AEC154319, each in and affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of Co-Conspirator 1, knowing and having reasonable cause to believe that (1) Co-Conspirator 1 previously had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 932(b)(1); and (2) Co-Conspirator 1 intended to sell and otherwise dispose of the firearm in furtherance of a felony, namely, engaging in the business of dealing firearms without a license in violation of Title 18, United States Code, Section 922(a)(1)(A), in violation of Title 18, United States Code, Section 932(b)(2).

C. **MANNER AND MEANS OF THE CONSPIRACY**

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Co-Conspirator 1 would sell firearms to customers in Los Angeles, California.

2. Defendant MITCHELL would purchase firearms for, on behalf of, and at the request and demand of Co-Conspirator 1 from a Federal Firearms Licensee ("FFL") located in Renton, Washington.

2

3.  Defendant MITCHELL would represent to the FFL that he was the actual buyer of the firearms when in reality defendant MITCHELL was purchasing the firearms for, on behalf of, and at the request and demand of Co-Conspirator 1.

4.  Defendant MITCHELL would transport the firearms Renton, Washington to Los Angeles, California, where Co-Conspirator 1 resided, and deliver them to Co-Conspirator 1.

5.  Co-Conspirator 1 would sell the firearms received from defendant MITCHELL to firearms customers in Los Angeles, California.

D.  OVERT ACTS

On or about the following dates, in furtherance of the conspiracy, and to accomplish its objects, defendant MITCHELL and Co-Conspirator 1 committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On March 22, 2023, via text message, defendant MITCHELL sent Co-Conspirator 1 a link to Pantel Tactical, an FFL located in Renton, Washington.

Overt Act No. 2:   On March 27, 2023, via text message, defendant MITCHELL sent Co-Conspirator 1 a photograph depicting a rotary tool that could be used to scratch serial numbers off firearms.

Overt Act No. 3:   On May 2, 2023, via text message, defendant MITCHELL sent Co-Conspirator 1 a photograph of defendant MITCHELL's Cash App account.

Overt Act No. 4:   On May 5, 2023, via text message using coded language, Co-Conspirator 1 told a third-party that defendant MITCHELL was selling firearms for the "lowest prices."

<u>Overt Act No. 5</u>:  On or before May 8, 2023, Co-Conspirator 1, while living in Los Angeles, California, asked defendant MITCHELL to buy firearms on Co-Conspirator 1's behalf.

<u>Overt Act No. 6</u>:  On May 8, 2023, defendant MITCHELL placed two online orders with Pantel Tactical for ten firearms, including a Taurus, model G2C, .40 caliber pistol, bearing serial number AEC154349, a Taurus, model G2C, .40 caliber pistol, bearing serial number AEC154470, and a Taurus, model G2C, .40 caliber pistol, bearing serial number AEC154319.

<u>Overt Act No. 7</u>:  On May 17, 2023, while at Pantel Tactical picking up his order, defendant MITCHELL completed a Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473, in which he answered "yes" next to the question, "are you the actual transferee/buyer of the firearm(s) listed on this form" and certified that his answers on the form were "true, correct, and complete."

<u>Overt Act No. 8</u>:  On May 27, 2023, defendant MITCHELL drove from Renton, Washington to Co-Conspirator 1's residence in Los Angeles, California with three firearms that defendant MITCHELL had purchased from Pantel Tactical.

<u>Overt Act No. 9</u>:  On May 27, 2023, defendant MITCHELL delivered three firearms that he had purchased from Pantel Tactical to Co-Conspirator 1 in Los Angeles, California.

<u>Overt Act No. 10</u>:  On May 28, 2023, Co-Conspirator 1 texted a photograph of the three Taurus firearms defendant MITCHELL had delivered to Co-Conspirator 1, and for which the serial numbers had been scratched off, to an individual who Co-Conspirator 1 believed was a firearms customer but who was, in fact, a confidential informant working for ATF (the "CI").

Overt Act No. 11:  On May 31, 2023, via text message using coded language, Co-Conspirator 1 told the CI that Co-Conspirator 1 only had three Taurus firearms left but that he would be getting a box of ten firearms.

Overt Act No. 12:  On May 31, 2023, Co-Conspirator 1 met with the CI in a Ralph's parking lot in Los Angeles, California and sold the CI three Taurus firearms with scratched-off serial numbers, which were the three Taurus firearms that defendant MITCHELL had purchased from Pantel Tactical for, on behalf of, and at the request and demand of Co-Conspirator 1.

Overt Act No. 13:   On or before June 8, 2023, defendant MITCHELL placed two online orders to Pantel Tactical for ten firearms.

//

//

Overt Act No. 14:   On June 15, 2023, defendant MITCHELL picked up the ten firearms from Pantel Tactical.

```
                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Deputy Chief, Criminal Division

                                    IAN V. YANNIELLO
                                    Assistant United States Attorney
                                    Chief, General Crimes Section

                                    BENEDETTO L. BALDING
                                    Assistant United States Attorney
                                    Deputy Chief, General Crimes
                                    Section

                                    SURIA M. BAHADUE
                                    Assistant United States Attorney
                                    Deputy Chief, General Crimes
                                    Section
```